UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE BP PRUDHOE BAY ROYALTY TRUST
SECURITIES LITIGATION

NO. C06-1505P

ORDER ON CASE SCHEDULING

The above-entitled Court, having received and reviewed parties' Joint Status Report (Dkt. No. 28), enters the following order concerning the filing of the Amended Complaint in this matter, as well as Defendants' Answer or motion to dismiss:

IT IS HEREBY ORDERED that Lead Plaintiff shall file its Complaint no later than May 1, 2007.

IT IS FURTHER ORDERED that Defendants shall have until June 15, 2007 to respond to the Complaint. Should Defendants file a motion or motions to dismiss, Plaintiffs shall have until July 30, 2007 to respond to that motion or motions. Any motions to dismiss will be noted for August 29, 2007 and Defendants shall have until that date to file any reply in support of their motion(s).

The clerk is directed to provide copies of this order to all counsel of record.

Dated: April __11_, 2007

*[signature]*
Marsha J. Pechman
U.S. District Judge

**ORD ON CASE SCHEDULING - 1**