THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE BP PRUDHOE BAY ROYALTY
TRUST SECURITIES LITIGATION

) Case No. C06-1505 MJP
)
) **STIPULATION AND ORDER**
)
)
)
)
)

## **STIPULATION**

WHEREAS, the above-captioned securities class action is pending before this Court;

WHEREAS, the Motion of Lead Plaintiff the Teramura Family Trust Group for Class Certification was filed on May 8, 2008 (the "Class Certification Motion");

WHEREAS, Defendants' Opposition to the Motion of Lead Plaintiff the Teramura Family Trust Group for Class Certification was filed on July 21, 2008 (the "Defendants' Opposition");

WHEREAS, Lead Plaintiff's reply brief in further support of the Class Certification Motion and in response to Defendants' Opposition (the "Reply Brief") will be filed on September 5, 2008;

WHEREAS, pursuant to Local Rule 7(e)(3), the Reply Brief shall not exceed twelve pages;

WHEREAS, due to the nature and number of the arguments raised in connection with the Class Certification Motion, Lead Plaintiff requests a six page extension to the page limit for the Reply Brief, for a total page limit of eighteen pages; and

WHEREAS, Defendants do not object to Lead Plaintiff's request for a six page extension;

IT IS HEREBY STIPULATED AND AGREED THAT:

There is no objection to Lead Plaintiff's request for an order of the Court extending the page limit for the Reply Brief by six pages to a total page limit of eighteen pages.

DATED: August 20, 2008

*Attorneys for Lead Plaintiff the Teramura Family Trust Group:*

ZWERLING, SCHACHTER
& ZWERLING, LLP

By /s/ Dan Drachler
Dan Drachler, WSBA #27728
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636
Email: ddrachler@zsz.com

Susan Salvetti
Richard A. Speirs
Sona R. Shah
ZWERLING, SCHACHTER
& ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010Tel: (212) 223-3900
Fax: (212) 371-5969
Email: ssalvetti@zsz.com
Email: rspeirs@zsz.com
Email: sshah@zsz.com

DATED: August 20, 2008

*Attorneys for Defendants:*

GRAHAM & DUNN PC

By /s/ David C. Lundsgaard
Douglas C. Berry, WSBA #12291
David C. Lundsgaard, WSBA #25448
Pier 70
2801 Alaskan Way, Ste. 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: dberry@grahamdunn.com
Email: dlundsgaard@grahamdunn.com

John L. Warden
Richard C. Pepperman II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588
Email: wardenj@sullcrom.com
Email: peppermanr@sullcrom.com

\* \* \*

## ORDER

PURSUANT TO STIPULATION, THE COURT ORDERS:

The page limit for Lead Plaintiff's reply brief in further support of the Motion of Lead Plaintiff the Teramura Family Trust Group for Class Certification and in response to Defendants' Opposition to the Motion of Lead Plaintiff the Teramura Family Trust Group for Class Certification shall be extended by six pages to a total page limit of eighteen pages.

Dated: ___August 20, 2008_____     __/s Marsha J. Pechman_____
                                        THE HONORABLE MARSHA J. PECHMAN
                                        UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Dan Drachler
Dan Drachler, WSBA #27728
ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636
Email: ddrachler@zsz.com

*Attorneys for Lead Plaintiff the Teramura Family Trust Group*

# CERTIFICATE OF SERVICE

I certify that on August 20, 2008, I caused to be served the foregoing document, in the manner described below, on the listed parties.

<u>Via the Court's CM/ECF System</u>:

David C. Lundsgaard, WSBA #25448
GRAHAM & DUNN PC
Pier 70
2801 Alaskan Way, Ste. 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: <u>dlundsgaard@grahamdunn.com</u>

John L. Warden
Richard C. Pepperman II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588
Email: <u>wardenj@sullcrom.com</u>
Email: <u>peppermanr@sullcrom.com</u>

*Attorneys for Defendants*

      /s/Dan Drachler
Dan Drachler, WSBA #27728
ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636
Email: ddrachler@zsz.com

*Attorneys for Lead Plaintiff the Teramura Family Trust Group*

CERTIFICATE OF SERVICE

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636

No. C06-1505 MJP